## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      **PLAINTIFF,**

    v.                            **CIVIL NO. 10-936-DRH**

**ONE 50" PLASMA TELEVISION**
**BEARING SERIAL NUMBER 8100274,**

      **DEFENDANT.**

## JUDGMENT AND DECREE FOR FORFEITURE

**HERNDON, CHIEF JUDGE:**

A default having been entered as to Roosevelt Turner and all interested parties in the above case on the 10th day of May, 2011,([Doc. 8), all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 17th day of November, 2010, a Verified Complaint for Forfeiture against the defendant, more further described as:

**One 50 inch Plasma Television bearing serial number 8100274**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said property constitutes proceeds traceable to the exchange or exchanges of money or other things of value for controlled substances in violation of Subchapter

I of Chapter 13 of Title 21 of the United States Code.

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the Bureau of Alcohol, Tobacco, Firearms and Explosives for this District seized said property on February 8, 2011;

That notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning January 23, 2011.

That Roosevelt Turner and all interested parties were defaulted on May 10, 2011 (Doc. 8);

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**One 50 inch Plasma Television bearing serial number 8100274**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described

above.

**IT IS SO ORDERED.**

**DATED:** May 13, 2011

David R. Herndon
2011.05.13
23:54:54 -05'00'

**Chief Judge**
**United States District Court**